# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LEE CLAYTON**                                                                                       **PLAINTIFF**

V.                          **CASE NO.: 3:15CV00141-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                         **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, and against the Plaintiff, Lee Ann Clayton.

DATED this 15th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE